IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California Primary Care Ass'n, et al., | NO. C 12-01708 JW |
|     Plaintiffs, | **ORDER PROVIDING NOTICE OF CONSOLIDATING OF HEARING ON MERITS WITH HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
|   v. | |
| Toby Douglas, et al., | |
|     Defendants. | |

    This case is scheduled for a hearing on Plaintiffs' Motion for a Preliminary Injunction on April 30, 2012. Upon review of the issues raised by the parties in their briefs, the Court finds that this case may be amenable to summary judgment, as the issues in dispute appear to be questions of law and not questions of fact.

    Federal Rule of Civil Procedure 65(a)(2) provides that before or after beginning a hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Accordingly, the Court gives notice to the parties that because that material facts in this case do not appear to be in dispute, the Court intends to advance the trial on the merits and consolidate it with the hearing on Plaintiffs' Motion.

Dated: April 26, 2012

                                  JAMES WARE
                                  United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Hadara Rachel Stanton hadara.stanton@doj.ca.gov
John E. Fischer jfischer@murphyaustin.com
Kathryn Ellen Doi kdoi@murphyaustin.com
Regina Mary Boyle cliniclaw@gmail.com

Dated:  April 26, 2012                         Richard W. Wieking, Clerk

                                                **By:      /s/ JW Chambers**
                                                       **Susan Imbriani**
                                                       **Courtroom Deputy**

United States District Court
For the Northern District of California